UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-22022-KMW

JOSEPH PEELER,

    Plaintiff,

vs.

MIAMI DADE COUNY CORRECTIONS
AND REHABILITATION,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (the "Report") regarding Plaintiff's complaint filed pursuant to 42 U.S.C. § 1983. (DE 8). Plaintiff did not file objections to the Report and the time to do so has now passed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 8) are **AFFIRMED AND ADOPTED**.
2. This action is **DISMISSED WITHOUT PREJUDICE**.
3. All pending motions are **DENIED AS MOOT**.
4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 15th day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:
Joseph Peeler
180163045
Turner Guilford Knight Correctional Center
7000 NW 41st Street
Miami, FL 33166